**ROBERT S. SOLA**
Oregon State Bar ID Number 84454
rssola@msn.com
Robert S. Sola, P.C.
8835 S.W. Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 295-6880
Facsimile (503) 291-9172
Attorney for Plaintiff Jansen

FILED '09 NOV 20 17:13 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| **MICHELLE JANSEN,** | Case No. 05-CV-0385-BR |
| Plaintiff, | |
| v. | **ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| **EXPERIAN INFORMATION SOLUTIONS, INC.**, a foreign corporation, **EQUIFAX INFORMATION SERVICES LLC**, a foreign corporation, **TRANS UNION LLC**, a foreign corporation, and **NCO FINANCIAL SYSTEMS, INC.**, a foreign corporation, | |
| Defendants. | |

THIS MATTER, having come before the Court on the Stipulation To Dismiss Defendant Experian Information Solutions, Inc. ("Experian"), and pursuant to FRCP 41(a)(2);

NOW THEREFORE, IT IS HEREBY ORDERED, that plaintiff's claims against Experian only, are dismissed with prejudice and without costs or fees to either party.

DONE AND ORDERED on this 20th day of November 2009.

_____
HONORABLE ANNA J. BROWN
UNITED STATES JUDGE

Page 1 – ORDER DISMISSING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.